UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW MOBUS,<br><br>               Plaintiff,<br>v.<br><br>BARD COLLEGE,<br><br>               Defendant. | CIVIL ACTION NO. 17-cv-11011-GAO |

### PLAINTIFF'S MOTION TO QUASH OR MODIFY SUBPOENA TO THE PUTNEY SCHOOL, INC. AND FOR PROTECTIVE ORDER

Pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure, plaintiff Andrew Mobus ("Andrew") hereby moves to quash or modify the document subpoena defendant Bard College served upon non-party The Putney School, Inc. (the "Putney School"). To the extent the subpoena is not quashed, Andrew additionally moves for the entry of a protective order granting him and his counsel a reasonable period of time, of not more than 20 days, during which they, in the first instance, can review the documents the Putney School produces in response to the subpoena and designate them "Confidential," as appropriate, in accordance with the terms of the Stipulated Confidentiality Agreement and Protective Order the Court entered on October 6, 2017. *See* ECF 27.

In support of this motion, Andrew relies on his memorandum of law, which is filed contemporaneously herewith.

WHEREFORE, Andrew respectfully requests that this Court allow his Motion to Quash or Modify Subpoena to the Putney School and for Protective Order.

**Certificate of Compliance with Local Rules 7.1(a)(2) and 37.1, and Fed. R. Civ. P. 26(c)**

In accordance with Local Rules 7.1(a)(2) and 37.1, and Fed. R. Civ. P. 26(c), I certify that I have conferred with counsel for Bard College and have attempted in good faith to resolve or narrow the issues addressed in this motion. Specifically, on November 29, 2017 at 4:00 p.m. for approximately 10 minutes, I, along with co-counsel Robert Piliero, conferred by telephone with Tobias Crawford and Scott Roberts, counsel for Bard College, to ask if Bard College would agree to the relief requested herein. Opposing counsel did not agree to any of the requested relief.

Respectfully submitted,

ANDREW MOBUS

By His Attorneys,

/s/ Martin P. Desmery
Martin Desmery (BBO #550133)
Partridge Snow & Hahn LLP
30 Federal Street, 7th Floor
Boston, MA 02110
(617) 292-7900
(617) 292-7910 FAX
mdesmery@psh.com

-and-

Robert D. Piliero
Lisa A. Frey
PILIERO & ASSOCIATES PLLC
444 Madison Avenue, Fourth Floor
New York, NY 10022
(646) 854 1273
piliero@pilierolaw.com
frey@pilierolaw.com
*Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 30, 2017.

                                    */s/ Martin P. Desmery*
                                    Martin P. Desmery

3203151.1/14599-2