# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW MOBUS,<br><br>　　Plaintiff and Defendant-in-Counterclaim,<br><br>　　v.<br><br>BARD COLLEGE,<br><br>　　Defendant and Plaintiff-in-Counterclaim. | C.A. No. 1:17-cv-11011-GAO |

### RESPONSE TO PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AND STATEMENT OF ADDITIONAL MATERIAL FACTS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR <u>PARTIAL SUMMARY JUDGMENT</u>

In his Motion for Partial Summary Judgment on his claim for breach of contract (the "Partial Motion"), Plaintiff Andrew Mobus ("Plaintiff") fails to address, or even mention, Defendant Bard College's ("Defendant") affirmative defense and counterclaim for rescission, in which Defendant contends that any alleged contract between Plaintiff and Bard College at Simon's Rock ("Simon's Rock") is rescinded, null, and void to Plaintiff's multiple misrepresentations and omissions during the application process at Simon's Rock. (Document 80, Third Affirmative Defense, Counterclaim). The facts below reflect that Plaintiff and his representatives made multiple misrepresentations and omissions in his application materials to Simon's rock, including with respect to ███████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████ Had Simon's Rock been aware of the true extent and nature of Plaintiff's ██████ ████████████████████████████ Simon's Rock would not have admitted him, and no contract would have been formed between Simon's Rock and Plaintiff.[1]

Defendant submits the following Statement of Additional Material Facts in Support of Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment, which sets forth the foundation for its affirmative defense and counterclaim. References to "Tab ___" refer to the attachments to the Declaration of Scott A. Roberts, filed herewith. References to "Davidson Aff." refer the Affidavit of M. Leslie Davidson in Opposition to Plaintiff's Motion for Partial Summary Judgment, filed herewith.

As described in more detail in Defendant's opposition to the Partial Motion (filed herewith), the facts set forth below preclude entry of summary judgment for Plaintiff on any element of its breach of contract claim against Defendant. The purported "facts" offered by the Plaintiff in support of the Partial Motion (Document 114) – which purport to dissect the disciplinary procedure that resulted in Plaintiff's expulsion for violation of the College's Sexual Misconduct Policy – therefore have no bearing on the Court's decision on the Partial Motion. Rather than expend the College's resources (and those of the Court) in responding to each of the myriad ways in which Plaintiff's "facts" depart from the documentary evidence and testimony in this matter, Defendant requests leave to refrain from submitting enumerated responses to Plaintiff's statement of facts. To the extent that the Court deems it necessary to understand the facts underlying Plaintiff's claim for breach of contract, Defendant refers the Court to

---

[1] As set forth in the Defendant's Motion for Summary Judgment, the undisputed facts establish that even if a contract existed between Simon's Rock and Plaintiff, Simon's Rock did not breach any such contract, and that Defendant is entitled to summary judgment on all claims asserted by Plaintiff.

2

Defendant's Statement of Undisputed Material Facts in Support of Defendant's Motion for Summary Judgment, Filed on April 1, 2019.

**Plaintiff Violates** ███████████████████████████

1. For his freshman and sophomore years of high school, Plaintiff attended the Upper School at Collegiate School in New York ("Collegiate"), an all-boys school. (Tab 18 at BCSR0004513-BCSR0004514; Tab 9 at TPS000180).

2. ████████████████████████████████████████████████████████████████████████████████████████

3. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

4. ████████████████████████████████████████████████████████████████████████████████████████████

5. ████████████████████████████████████████████████████████████████████████████

6. ████████████████████████████████████████████████████████████████████████

3

7. In January 2012, ███

███

███

**Mobus Attends** ███ **And** ███

8. On or about January 23, 2012, ███

███

9. ███

███

███

███

10. ███

███

███

- ███

- ███████████████████████████████
- ███████████████████████████████

11. ████████████████████████████████
████████████████████████████████

12. ██████████████████████████
████████████████████████████████
████████

13. ██████████████████████████
████████████████████████████████
████████████

14. ████████████████████████████████
██████████████████



15. ████████████████████████████████
████████████████████████████████
████████████████████████████

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

**Plaintiff Violates** ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

16. Plaintiff enrolled in the 11th grade at Putney in January 2013. (Tab 28, Deposition of Mary Lou Malanoski (hereinafter "Malanoski Dep."), 21:10-14). ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

*Plaintiff Violates* ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

17. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ Specifically, Putney's 2012-2013 Student Handbook ("Putney's Handbook") stated that ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ that students were thus expected to refrain ■■■■■■■■■■■■■■ and that students who violated the policy may face "disciplinary consequences." (Tab 6 at AM003600; Tab 25, Deposition of Andrew Mobus ("A. Mobus Dep."), 30:17-32:12).

18. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

19. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

20. ███████████████████████████████████████████

███████████████████████████████████████████

21. ███████████████████████████████████████████

*Plaintiff Violates Putney's Policy on Drugs*

22. Putney's policies barred ████████████████████████████ ████████ ████████████ ████████████████████████ ██████████████████████████████████████

23. ████████████████████████████████████ ██████████████████████████████████████ ██████████████████████████████████████ ██████████████████

*Plaintiff Violates Putney's Policy on Possession of Prescription Drugs*

24. Putney's policies also restricted ████████████████████ ██████████████████████████████████████ ██████████████████████████████████████ ████████████████████████████████ ██████████████████████████████████████ ██████████████████████████████████████ ████████████████████████████████

25. ████████████████████████████████████ ██████████████████████████████████████ ██████████████████████████████████████ ████████████████

26. ████████████████████████████████████ ██████████████████████████

27. ████████████████████████████████████ ██████████████████████████████████████ ██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██

███████████████████████████
███████████████████████████

28.   ████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
████████████████

29.   ████████████████████████████
████████████████████████
           ██████████████████████████

30.   ████████████████████████████
██████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████

**Plaintiff Attempts to Obtain Readmission** ████████████████████
████████████████████████████

31.   ████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████

32.   ████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████

33.   ██████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████

34. █████████████████████████████████████████████
████████████████████████████████████████████
███████

35. ████████████████████████████████████████
██████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████
███████

36. ████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

37. ████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████

38. █████████████████████████████████
████████████████████████████████████
███████████████████████████████
████████████████████████████████████
██████████████████████████



████████████████████

39. ███████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████

40. █████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████████████

**Plaintiff Gains Admission to Simon's Rock by Submitting a False and Misleading Application**

41. ████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████

42. ████████████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████

43. ████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

44. ████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

■■■■■

45. ■■■■■ was misleading in multiple respects. ■■■■■

46. ■■■■■



█████████████████████████████████████████

█████████████████████████████████████████

███████████████████████████████████

█████████████████████████████████████

██████████████████

49.   ███████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

████████████████████████████████

█████████████████████████████████████

█████████████████████████████████████████

████████████████████████████

50.   ███████████████████████████████████

█████████████████████████████████████████

███████████████████████████

███████████████████████████████████

51.   ███████████████████████████████████

█████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████

52. In his Complaint, Plaintiff alleges that during the admissions process, he and his father "fully disclosed" Plaintiff's academic, psychological, emotional, and social history "in great detail." Cp., ¶17. Ms. Taylor was the only person on Simon's Rock's Admission Committee who spoke with Plaintiff and his father, and she testified that they did not disclose any of the following information:



**Simon's Rock Relies to Its Detriment on Plaintiff's Misrepresentations During the Admissions Process**

53. Simon's Rock is an "early college," and it is designed for students who demonstrate the academic, social, and behavioral abilities to commence their undergraduate studies after the tenth or eleventh grade. (Davidson Aff., ¶ 3).

54. Because of the design, nature, and mission of the College, Simon's Rock has a thorough and rigorous application process. To be considered for admission, a candidate must submit an application that includes, among other things, (a) detailed biographical information; (b) the statement of a parent or guardian attesting to the candidate's relationships with adults, emotional and social maturity, and readiness to live away from home; (c) a school report completed by the candidate's guidance or college counselor, which speaks to the candidate's academic standing and social performance in high school, accompanied by a transcripts of grades since the ninth grade; (d) two essays; and (e) three letters of recommendation, including two from teachers of core academic subjects and one from someone who knows the candidate in a non-academic context, e.g., an extracurricular activity advisor. Additional recommendations submitted with the candidate's application, whether from teachers, advisors, or independent educational consultants, are read and considered. The candidate must also sit for an interview with one of the College's Admission Officers. (Davidson Aff., ¶ 4).

55. Simon's Rock's application requirements are designed to ensure that a candidate is prepared to participate in and benefit from the College's highly engaged and rigorous academic program, and that the candidate will make a positive and constructive contribution to the campus community. (Davidson Aff., ¶ 5). In evaluating a candidate, the College's Admission Committee relies substantially on the candidate's application materials and interview to ascertain whether they indicate that a candidate will be able to succeed academically at

Simon's Rock, and to comply with Simon's Rock's community standards, including those described in its Student Handbook. *Id.* As such, it is critical that a candidate's application and supporting materials are factually true and honestly presented, and, for that reason, the College's application expressly requires that a candidate certify the veracity of his or her application materials. *Id.*

56. 

57. Simon's Rock relied on the multiple, material misrepresentations made by Plaintiff and his representatives during the admissions process in deciding to admit him for the Spring 2014 semester. (Tab 22, Defendant Bard College's Responses to Plaintiff Andrew Mobus's Second Set of Interrogatories, pp. 8-12).

58. Had Plaintiff submitted an application to Simon's Rock that honestly and fully described his academic performance, disciplinary history, behavioral issues, and previous admissions history, the College's Admissions Committee would have rejected his request for

19

admission. (Davidson Aff., ¶ 8). Further, had Simon's Rock learned of the misrepresentations and omissions in Plaintiff's application materials during the application process, his dishonesty alone would have compelled his rejection. *Id*. at ¶ 9.

**BARD COLLEGE,**
By its attorneys,

/s/ Scott A. Roberts
Scott A. Roberts (BBO No. 550732)
sroberts@hrwlawyers.com
Arielle B. Kristan (BBO No. 677048)
akristan@hrwlawyers.com
Hirsch Roberts Weinstein LLP
24 Federal Street, 12th Floor
Boston, Massachusetts 02110
Tel. (617) 348-4300 // Fax (617) 348-4343

Dated: April 1, 2019

## CERTIFICATE OF SERVICE

I, Scott A. Roberts, certify that this document, filed through the Electronic Case Filing (ECF) system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 1, 2019.

/s/ Scott A. Roberts
Scott A. Roberts