UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 17-11011-GAO

ANDREW MOBUS,
Plaintiff,

v.

BARD COLLEGE, PETER LAIPSON, and SUSAN LYON,
Defendants.

ORDER
September 27, 2019

O'TOOLE, D.J.

This Order resolves the pending motions in this case.

The plaintiff's Motion to Strike Defendant Bard's Late Filed Response to Plaintiff's Statement of Facts (dkt. no. 166) is GRANTED in part and DENIED in part. The defendant's late response (dkt. no. 163) is stricken, but the Court will not deem the plaintiff's facts admitted.

The plaintiff's Motion to Strike (dkt. no. 168) portions of the defendant's initial response to its statement of facts is DENIED.

The plaintiff's Assented to Motion for Extension of Time (dkt. no. 141) and Motion for Leave to File Notice of Supplemental Authorities (dkt. no. 195) are GRANTED nunc pro tunc.

The plaintiff's Motion for Partial Summary Judgment (dkt. no. 112) and the defendant's Motion for Summary Judgment on Plaintiff's Claims (dkt. no. 127) are DENIED. This case should be resolved on the basis of a full evidentiary presentation at trial.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
Senior United States District Judge