**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ANDREW MOBUS,<br>           Plaintiff,<br><br>v.<br><br>BARD COLLEGE,<br>           Defendant. | C.A. No. 1:17-cv-11011-GAO |

**EMERGENCY MOTION SEEKING RECONSIDERATION AND AMENDMENT OF**
**PROCEDURAL ORDER**

Pursuant to the Procedural Order entered on November 25, 2019, the Court set January 13, 2020 as the date for commencing the trial of matter and directed the parties to appear for a final pretrial conference on December 16, 2019 (the "Procedural Order"). Pursuant to Local Rule 40.3, the parties respectfully ask the Court to reconsider and amend the schedule set forth in the Procedural Order in light of the following facts:

1.      On October 5, 2018, the Parties submitted to the Court a Joint Proposal for Scheduling Expert Discovery and Dispositive Motions (ECF No. 87) (the "Joint Proposal"), which contemplated the deferral of expert damage discovery until after adjudication of the parties' cross-motions for summary judgment. In the absence of any ruling by the Court on that Joint Proposal, the Parties proceeded in accordance with their agreement.

2.      On September 27, 2019, this Court denied Plaintiff's Motion for Partial Summary Judgment and Defendant's Motion for Summary Judgment on Plaintiff's Claims (ECF No. 197).

3.      Following the Court's September 27, 2019 Order, counsel for the Parties conferred and agreed on a schedule for the completion of discovery related to damages experts. Taking into consideration the complexity of the matter and the need to coordinate the schedules

of multiple experts, including around the holidays, the Parties recently agreed on following deadlines, for which they now seek the Court's approval:

| | |
|---|---|
| **Disclosure/Reports of Plaintiff's Damages Experts** | **November 29, 2019** |
| **Disclosure/Reports of Defendant's Rebuttal Experts** | **January 29, 2020** |
| **Completion of all Expert Depositions** | **March 6, 2020** |

4. The Parties are working cooperatively and diligently to meet these proposed deadlines. Plaintiff has identified two damages experts and expects to produce their reports to Defendant on or before November 29, 2019. Defendant is in the process of identifying rebuttal expert witnesses, which will depend in part on an evaluation of the opinions proffered by Plaintiff's experts. In accordance with that proposed schedule, Defendant expects to produce its rebuttal expert reports on or before January 29, 2019.

5. In addition to damages experts, Plaintiff and Defendant each have disclosed expert witnesses on issues related to liability, and they have exchanged the reports for those experts. After consulting with these witnesses as to their availability, the Parties have scheduled their depositions on January 29, 2020 (in Boston) and February 11, 2010 (in Los Angeles).

6. Because the dates which the Parties contemplated regarding the completion of expert discovery are irreconcilable with the Court's Procedural Order issued yesterday, and the Parties respectfully request some modification in the schedule set forth therein. Pursuant to Local Rule 40.3, the need to complete expert discovery constitutes good cause to amend the Procedural Order, and the Parties respectfully request that the Court do so.

7. The Court has scheduled a pretrial hearing in this case on December 16, 2019 at 2:00 p.m. The Parties respectfully suggest that the Court instead use that time to hold a status conference to discuss pretrial deadlines and a trial date.

8.       This is the first request for a continuance by the Parties.  The Parties do not anticipate requesting any further continuances of trial.  This continuance will not prejudice any party.

WHEREFORE, for the reasons stated above, the Parties respectfully request that the Court (1) continue the trial currently scheduled for January 13, 2020 and (2) schedule a status conference on December 16, 2019 at 2:00 pm in order to set pretrial deadlines and a trial date.

Respectfully submitted,

| **ANDREW MOBUS,** | **BARD COLLEGE** |
| By his attorneys, | By its attorneys, |
| | |
| /s/ Lauren J. Coppola | /s/ Scott A. Roberts |
| Lauren J. Coppola (BBO #666211) | Scott A. Roberts (BBO#550732) |
| Timothy Wenger (BBO #674087) | Arielle B. Kristan (BBO#677048) |
| Devon H.M. Villarreal (BBO #688875) | Hirsch Roberts Weinstein LLP |
| 800 Boylston Street, Suite 2500 | 24 Federal Street, 12th Floor |
| Boston, MA 02199 | Boston, Massachusetts 02110 |
| (617) 267-2300 | (617) 348-4300 |
| lcoppola@robinskaplan.com | (617) 348-4343 (fax) |
| twenger@robinskaplan.com | sroberts@hrwlawyers.com |
| dvillarreal@robinskaplan.com | akristan@hrwlawyers.com |

Martin P. Desmery (BBO#550133)
Desmery Law
988 Blvd of the Arts, #1417
Sarasota, FL 34236
(781) 799-9354
msdesmery@desmerylaw.com

Robert D. Piliero (*pro hac vice*)
Lisa A. Frey (*pro hac vice*)
Piliero & Associates PLLC
444 Madison Ave, 4th Floor
New York, NY  10022
piliero@pilierolaw.com
frey@pilierolaw.com

November 26, 2019

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on November 26, 2019.

                                       */s/ Arielle B. Kristan*
                                       Arielle B. Kristan