UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW MOBUS,<br><br>    Plaintiff,<br><br>  v.<br><br>BARD COLLEGE,<br><br>    Defendant. | Civil Action No. 17-11011-GAO |

### PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk will please note the following:

1. Lauren J. Coppola, Devon H. M. Villarreal, Peter N. Foundas, Timothy D. Wenger, and Robins Kaplan LLP withdraw their appearance as counsel for plaintiff.

2. Robert D. Piliero (*pro hac vice*) and Piliero & Associates PLLC withdraw their appearance as counsel for plaintiff. Lisa A. Frey (*pro hac vice*) remains as counsel for plaintiff. The Clerk will please note the new address and contact information for Attorney Frey as set forth below.

3. Martin J. Desmery (BBO #550133) withdraws his appearance as counsel for plaintiff.

4. Matthew J. Iverson (BBO #653880) and DLA Piper LLP (US) enter their appearance as counsel for plaintiff. In addition, filed herewith are motions *pro hac vice* for Charles B. Wayne and Brian J. Young, also of DLA Piper LLP (US).

<table>
<tr><td></td><td>Respectfully submitted,

Andrew Mobus</td></tr>
<tr><td>ROBINS KAPLAN LLP</td><td>By his attorneys,</td></tr>
<tr><td>/s/ Lauren J. Coppola
Lauren J. Coppola (BBO #666211)
Timothy D. Wenger (BBO #674087)
800 Boylston Street, Suite 2500
Boston, MA  02199
(617) 267-2300
lcoppola@robinskaplan.com
twenger@robinskaplan.com</td><td>/s/ Lisa A. Frey
Lisa A. Frey (*pro hac vice*)
50 Old Main Road, #1857
Quogue, NY  11959
(917) 565-1066
lisaxfrey@gmail.com</td></tr>
<tr><td>/s/ Robert D. Piliero
Robert D. Piliero (*pro hac vice*)
Piliero & Associates, PLLC
444 Madison Avenue, Fourth Floor
New York, NY  10022
(646) 854-1273
piliero@pilierolaw.com</td><td>DLA PIPER LLP (US)

/s/ Matthew J. Iverson
Matthew J. Iverson (BBO # 653880)
33 Arch Street, 26th Floor
Boston, MA 02110
(617) 406-6000
(617) 406-6100 (fax)
matthew.iverson@dlapiper.com</td></tr>
<tr><td>/s/ Martin P. Desmery
Martin P. Desmery (BBO #550133)
Desmery Law
988 Blvd. of the Arts, #1417
Sarasota, FL  34236
(781) 799-9354
mdesmery@desmerylaw.com</td><td>/s/ Charles B. Wayne
Charles B. Wayne (*pro hac vice* pending)
Brian J. Young (*pro hac vice* pending)
500 8th Street, N.W.
Washington, D.C. 20004
(202) 799-4253
(202) 799-5253 (fax)
charles.wayne@dlapiper.com
brian.young@dlapiper.com</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December, 2020, a copy of the foregoing was filed using the CM/ECF system, which will then send notification of such filing to all counsel of record.

/s/ Matthew J. Iverson
Matthew J. Iverson