UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANDREW MOBUS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 17-11011-GAO |
| ) | |
| BARD COLLEGE, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS AND MOTION TO STRIKE AFFIRMATIVE DEFENSE

Plaintiff Andrew Mobus ("Mobus") moves under Federal Rule of Civil Procedure 12(c) and (f) for judgment on the pleadings on Defendant Bard College's ("Bard") counterclaim and affirmative defense of rescission. Counsel have conferred in good faith pursuant to L.R. 7.1(a)(2); Bard will oppose the motion.

As set forth in the accompanying memorandum, this motion is timely under Federal Rule of Civil Procedure 12(h)(2)(b)-(c) because Bard failed to state a claim upon which relief can be granted, failed to state a legal defense, and the trial of this case has not started. Bard's counterclaim and parallel affirmative defense for rescission fail because Bard seeks rescission of one contract—the disciplinary procedures and sexual misconduct provisions of the Student Handbook—because of alleged misrepresentations made during the formation of an entirely separate contract during the application and admissions process. Bard reserved itself a "range of disciplinary actions" if applicants provided false information during the admissions process, including admission revocation or expulsion. Nullifying or voiding the contract contained in the Student Handbook is not among the remedies Bard reserved to itself.

Alternatively, even if the application for admission were deemed to be part of the same contract as the Student Handbook, the alleged misrepresentations do not go to the essence of the contract between Bard and Mobus.

The counterclaim and affirmative defense must be dismissed and stricken, respectively.

Respectfully submitted,

Andrew Mobus

By his attorneys,

DLA PIPER LLP (US)

/s/ Matthew J. Iverson
Matthew J. Iverson (BBO # 653880)
33 Arch Street, 26th Floor
Boston, MA 02110
(617) 406-6000
(617) 406-6100 (fax)
matthew.iverson@dlapiper.com


/s/ Charles B. Wayne
Charles B. Wayne (*pro hac vice*)
Brian J. Young (*pro hac vice*)
500 8th Street, N.W.
Washington, D.C. 20004
(202) 799-4000
(202) 799-5000 (fax)
charles.wayne@dlapiper.com
brian.young@dlapiper.com


/s/ Lisa A. Frey
Lisa A. Frey (*pro hac vice*)
50 Old Main Road, #1857
Quogue, NY  11959
(917) 565-1066
lisaxfrey@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of February, 2021, a copy of the foregoing was served by electronic mail using the CM/ECF system, which will then send notification of such filing to all counsel of record.

                                        /s/Charles B. Wayne
                                        Charles B. Wayne