UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 17-11011-GAO

ANDREW MOBUS,
Plaintiff,

v.

BARD COLLEGE,
Defendant.

ORDER
March 24, 2021

O'TOOLE, S.D.J.

This Order resolves several pending motions in this case.

The parties' Joint Motion for Approval of Stipulation and Proposed Order (dkt. no. 236) is GRANTED. A separate order will issue.

The plaintiff's Motion to Bifurcate Trial (dkt. no. 262) is GRANTED. Although the defendant may seek to introduce evidence of the plaintiff's pre-Simon's Rock academic and disciplinary issues as potentially relevant to the plaintiff's claim for damages, it is precluded at this stage from seeking to introduce evidence regarding the plaintiff's alleged admissions-related misrepresentations and Simon's Rock's purported reliance on those misrepresentations. Consequently, the plaintiff's Motion for Judgment on the Pleadings and Motion to Strike Affirmative Defense (dkt. no. 244) and Motion in Limine to Preclude the Trial Testimony of Leslie Davidson (dkt. no. 249) are DENIED without prejudice to renewal prior to a second stage of proceedings if applicable. The plaintiff's Motion in Limine to Limit Evidence Relating to Plaintiff's Prior Schools (dkt. no. 257) is GRANTED in part and DENIED in part consistent with the ruling on the Motion to Bifurcate Trial.

The plaintiff's Motion in Limine to Preclude Any Reference to the Mobus v. Doe Defamation Proceeding (dkt. no. 247), Motion in Limine to Limit References to the L.F. Proceeding (dkt. no. 254), and Motion in Limine to Preclude Any Reference to the Financial Situation of Plaintiff or His Family (dkt. no. 248) are DENIED as pretrial matters, without prejudice to possible renewal at trial as circumstances may warrant.

The defendant's oral request for a witness from Stockbridge to testify remotely is DENIED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
Senior United States District Judge