UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW MOBUS,<br><br>Plaintiff and Defendant-in-Counterclaim,<br><br>v.<br><br>BARD COLLEGE,<br><br>Defendant and Plaintiff-in-Counterclaim. | C.A. No. 1:17-cv-11011-GAO |

**STIPULATION AND ORDER**

Defendant Bard College and Plaintiff Andrew Mobus stipulate as follows:

1. Defendant Bard College has asserted that the charitable organization damages cap, M.G.L. c. 231, § 85K may apply to damages that the jury may award in connection with or arising from (1) Plaintiff's claim for intentional infliction of emotional distress and/or (2) any emotional harm to Plaintiff arising from the conduct proceedings at issue. Plaintiff takes the position that the damages cap does not apply.

2. The parties agree that, if necessary, the Court should determine the applicability of the damages cap in a post-trial proceeding after full opportunity for briefing of the issue, during which the Parties may present testimony and exhibits not presented during the trial.

3. In order to avoid the need for Defendant to establish at trial that Defendant is an organization that may be eligible for the application of the damages cap, Plaintiff stipulates that Defendant is a non-profit, charitable organization.

4. Apart from this stipulation of fact, Plaintiff reserves all his rights and maintains that the claims to be decided by the jury and any damages award are not subject to the M.G.L. c. 231,

§ 85K damages cap as a matter of law. Defendant reserves all its rights and maintains the contrary position.

| **ANDREW MOBUS,** | **BARD COLLEGE** |
|---|---|
| By his attorneys, | By its attorneys, |
| /s/ Matthew J. Iverson | /s/ Scott A. Roberts |
| Matthew J. Iverson (BBO # 653880) | Scott A. Roberts (BBO#550732) |
| DLA Piper LLP (USA) | Arielle B. Kristan (BBO#677048) |
| 33 Arch Street, 26th Floor | Hirsch Roberts Weinstein LLP |
| Boston, MA 02110 | 24 Federal Street, 12th Floor |
| (617) 406-6000 | Boston, Massachusetts 02110 |
| (617) 406-6100 (fax) | (617) 348-4300 |
| matthew.iverson@dlapiper.com | (617) 348-4343 (fax) |
| | sroberts@hrwlawyers.com |
| /s/ Charles B. Wayne | akristan@hrwlawyers.com |
| Charles B. Wayne (*pro hac vice*) | |
| Brian J. Young (*pro hac vice*) | |
| DLA Piper LLP (USA) | |
| 500 8th Street, N.W. | |
| Washington, D.C. 20004 | |
| (202) 799-4253 | |
| (202) 799-5253 (fax) | |
| charles.wayne@dlapiper.com | |
| | |
| /s/ Lisa A. Frey | |
| Lisa A. Frey (*pro hac vice*) | |
| 50 Old Main Road, #1857 | |
| Quogue, NY  11959 | |
| (917) 565-1066 | |
| lisaxfrey@gmail.com | |

SO ORDERED this  24th  day of   March   , 2021.

                                            /s/ George A. O'Toole, Jr.
                                            George A. O'Toole, Jr.
                                            Senior United States District Judge