UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 17-11011-GAO

ANDREW MOBUS,
Plaintiff,

v.

BARD COLLEGE,
Defendant.

JURY VERDICT

I. **Title IX**

1. Has Andrew Mobus proven by a preponderance of the evidence that Bard College at Simon's Rock violated Title IX of the Education Amendments of 1972?

    Yes _____    No ___✓_____

    *If you answered this question "yes," go to Question 2.*

    *If you answered this question "no," go directly to Question 3.*

2. Has Andrew Mobus proven by a preponderance of the evidence that he is entitled to damages as a result of Bard College at Simon's Rock's violation of Title IX of the Education Amendments of 1972?

    Yes _____    No _____

    *Regardless of your answer to this question, go to Question 3.*

## II. Breach of Contract / Basic Fairness

3. Has Andrew Mobus proven by a preponderance of the evidence that Bard College at Simon's Rock breached an obligation it owed to Mr. Mobus in the Simon's Rock 2013–2014 Student Handbook or failed to provide him with "basic fairness" in adjudicating JG's sexual misconduct claims against him?

    Yes _____        No _____✓_____

   *If you answered this question "yes," go to Question 4.*

   *If you answered this question "no," and answered Part I Questions 1 and 2 "yes," go to Question 5.*

   *If you answered this question "no," and answered Part I Questions 1 or 2 "no," proceed to the end to sign and date the Jury Verdict.*

4. Has Andrew Mobus proven by a preponderance of the evidence that he is entitled to damages as a result of: (1) Bard College at Simon's Rock's breach, if any, of an obligation that it owed to Mr. Mobus in the 2013–2014 Student Handbook; and/or (2) Bard College at Simon's Rock's failure, if any, to provide Mr. Mobus with "basic fairness" in adjudicating JG's sexual misconduct claims against him?

    Yes _____        No _____

   *If you answered this question "yes," go to Question 5.*

   *If you answered this question "no," and answered Part I Questions 1 and 2 "yes," go to Question 5.*

   *If you answered this question "no," and answered Part I Questions 1 or 2 "no," proceed to the end to sign and date the Jury Verdict.*

### III. Damages

5. As a result of Bard College at Simon's Rock's violation of Title IX, breach of contract, and/or failure to provide Mr. Mobus with "basic fairness," what, if any, damages do you award Mr. Mobus?

   _____
   (Amount in Figures)

   _____
   (Amount in Words)

   *Regardless of your answer to this question, proceed to the end to sign and date the Jury Verdict.*

The foregoing represents the unanimous decision of the jury.

4/13/2021
Date

Christopher Orrick
Foreman

3